STATE OF NEW YORK
SUPREME COURT COUNTY OF MONROE

| | |
|---|---|
| NIA C. PRICE,<br>Plaintiff,<br><br>v.<br><br>MONROE SCHOOL TRANSPORTATION, INC., NATIONAL EXPRESS LLC, DURHAM SCHOOL SERVICES DBA MONROE SCHOOL TRANSPORTATION, INC., SUMMIT SCHOOL SERVICES LLC, JENNIFER TESSIER, individually, and in her official capacity, and JOHN DOES 1-10, whose true names are presently unknown,<br>Defendants. | Index No.: E2026019806<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

**TO THE CLEARK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, on this 4th day of November 2026 Defendants Monroe School Transportation, Inc., National Express LLC, Durham School Services DBA Monroe School Transportation Inc., and Summit School Services LLC (collectively, "Corporate Defendants"), by and through their undersigned attorneys, in accordance with 28 U.S.C. §§ 1441 and 1446, file the attached Notice of Removal of the above-captioned action with the United States District Court for the Western District of New York, seeking to remove this action from the Supreme Court of the State of New York, County of Monroe, to the United States District Court for the Western District of New York. A copy of the Notice of Removal is attached as Exhibit "A."

Dated: November 4, 2026
Albany, New York

*ATTORNEYS FOR CORPORATE DEFENDANTS*
MONROE SCHOOL TRANSPORTATION INC.,
NATIONAL EXPRESS LLC,
DURHAM SCHOOL SERVICES DBA
MONROE SCHOOL TRANSPORTATION INC.,
SUMMIT SCHOOL SERVICES LLC

By: */s/Kristi Rich Winters*
Kristi Rich Winters
JACKSON LEWIS P.C.

677 Broadway, 9th Floor
Albany, NY 12207
Tel.: (518) 512-8700
Fax: (518) 242-7730
kristi.winters@jacksonlewis.com

STATE OF NEW YORK
SUPREME COURT COUNTY OF MONROE

NIA C. PRICE,
Plaintiff,

v.

MONROE SCHOOL TRANSPORTATION, INC., NATIONAL EXPRESS LLC, DURHAM SCHOOL SERVICES DBA MONROE SCHOOL TRANSPORTATION, INC., SUMMIT SCHOOL SERVICES LLC, JENNIFER TESSIER, individually, and in her official capacity, and JOHN DOES 1-10, whose true names are presently unknown,
Defendants.

Index No.: E2026019806

**NOTICE OF FILING OF NOTICE OF REMOVAL**

**AFFIRMATION OF SERVICE**

I am an attorney duly admitted to practice before the courts of the State of New York, and affirm under penalty of perjury that a copy of Corporate Defendants' Notice of Filing of Notice of Removal has been served via ECF and First Class U.S. Mail, this 4th day of November 2026 on Plaintiff at the address set forth below:

Michael Cobbs, Esq.
Brown Hutchinson, LLP
925 Crossroads Building
Two State Street
Rochester, New York 14614

*/s/Kristi Rich Winters*
Kristi Rich Winters

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NIA C. PRICE,

Plaintiff,

v.

MONROE SCHOOL TRANSPORTATION, INC., NATIONAL EXPRESS LLC, DURHAM SCHOOL SERVICES DBA MONROE SCHOOL TRANSPORTATION, INC., SUMMIT SCHOOL SERVICES LLC, JENNIFER TESSIER, individually, and in her official capacity, and JOHN DOES 1-10, whose true names are presently unknown,

Defendants.

Case No. ____________

**<u>NOTICE OF REMOVAL</u>**

TO: THE HONORABLE JUDGES OF THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Defendants Monroe School Transportation, Inc., National Express LLC, Durham School Services DBA Monroe School Transportation Inc., and Summit School Services LLC (collectively, "Corporate Defendants"), by and through their attorneys, Jackson Lewis P.C., respectfully state:

1. Corporate Defendants file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446 to remove to this Court a certain civil action that Plaintiff Nia Price ("Plaintiff") commenced in New York State Supreme Court, County of Monroe, entitled, *Nia C. Price v. Monroe School Transportation, Inc., National Express LLC, Durham School Services DBA Monroe School Transportation Inc., and Summit School Services LLC, Jennifer Tessier, individually, and in her official capacity, and John Does 1-10, whose true names are presently unknown*, Index No. E2026019806 (hereinafter "State Court Action"). The State Court Action is presently pending in that court.

2. Pursuant to Local Rule 81(a)(3)(A) of this Court, annexed hereto as Exhibit A is an index identifying all documents filed in the State Court Action. Specifically, Exhibit A is a printout from the state court's electronic case docket (it is an e-filed case), listing all documents filed in that case as of November 3, 2026. There have been no other documents served in the State Court Action.

3. Pursuant to Local Rule 81(a)(3)(B) of this Court, all documents filed and/or served in the State Court Action to date are annexed hereto as the following Exhibits.

**Exhibit B – Plaintiff's Summons, filed in state court on August 3, 2026;**

**Exhibit C – Plaintiff's Complaint filed in state court on August 3, 2026;**

4. Plaintiff commenced the State Court Action by filing the Summons and Complaint on August 3, 2026 (Exhibits B and C).

5. Undersigned counsel for Corporate Defendants completed a Statement of Service By Mail on October 8, 2026. To date, Corporate Defendants understand that the individual Defendants have not been served.

6. This Notice of Removal is being timely filed within the provisions of 28 U.S.C. § 1446. Corporate Defendants have effected removal within thirty (30) days of the service of the Complaint from which it could first be ascertained that this action is removable. *See* 28 U.S.C. § 1446(b).

7. No proceedings have taken place in the State Court Action. Corporate Defendants have not served any answer or responsive pleading in connection with the State Court Action. Corporate Defendants have not made any appearance or argument before the Supreme Court of the State of New York, County of Monroe in connection with the State Court Action.

8. Plaintiff's Complaint in the State Court Action alleges that she is filing this action based, in part, on purported violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Age Discrimination in Employment Act ("ADEA"), and 42 U.S.C. § 1981 ("Section 1981"). *See* Exhibit C, ¶¶ 508-561.

9. Accordingly, the State Court Action is being removed to this Court pursuant to 28 U.S.C. § 1441 on the ground that original jurisdiction over Plaintiff's claims exists under 28 U.S.C. § 1331 by virtue of its federal question jurisdiction arising out of Plaintiff's claims under Title VII, the ADEA, and Section 1981 (hereinafter the "Federal Claims").

10. Plaintiff's Complaint in the State Court Action further alleges claims of race and age discrimination in violation of the New York State Human Rights Law ("NYSHRL") (hereinafter the "State Claims"). *See* Exhibit C, ¶¶ 429-507.

11. Plaintiff's State Claims form part of the same case or controversy as Plaintiff's Federal Claims. *See* 28 U.S.C. § 1367. Accordingly, this Court has pendent jurisdiction over Plaintiff's State Claims pursuant to 28 U.S.C. § 1367 by virtue of their purported relatedness to Plaintiff's Federal Claims, over which this Court has original jurisdiction.

12. Upon filing this Notice of Removal, Corporate Defendants shall give prompt written notice thereof to Plaintiff and shall file a copy of said Notice of Removal with the Clerk, Supreme Court of the State of New York, County of Monroe. Notice shall be given in two ways: (i) through electronic filing of the copy of this Notice of Removal in the State Court Action, inasmuch as Plaintiff's attorney is an e-filing participant in that case; and (ii) by transmitting a courtesy hard copy of the Notice of Removal to Plaintiff's attorney. We will file an affidavit of service in this Court.

13. Corporate Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled any claims upon which relief may be granted.

WHEREFORE, Corporate Defendants remove the above-captioned action now pending against them in the Supreme Court of the State of New York, County of Monroe, to the United States District Court for the Western District of New York, wherein it shall proceed as an action originally commenced therein.

Dated: November 4, 2026
Albany, New York

*ATTORNEYS FOR CORPORATE DEFENDANTS*
MONROE SCHOOL TRANSPORTATION INC.,
NATIONAL EXPRESS LLC,
DURHAM SCHOOL SERVICES DBA
MONROE SCHOOL TRANSPORTATION INC.,
SUMMIT SCHOOL SERVICES LLC

By: */s/Kristi Rich Winters*

Kristi Rich Winters
JACKSON LEWIS P.C.
677 Broadway, 9th Floor
Albany, NY 12207
Tel.: (518) 512-8700
Fax: (518) 242-7730
kristi.winters@jacksonlewis.com

# EXHIBIT A
# INDEX

**Documents filed and/or served in the state court action:**

NYSCEF
Monroe County Supreme Court

**Document List**
**Index # E2026019806**

Created on:11/03/2026 02:11 PM

Case Caption: **NIA C PRICE v. MONROE SCHOOL TRANSPORTATION, INC. et al**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 08/03/2026 | Cobbs, M. |
| 2 | COMPLAINT | Processed | 08/03/2026 | Cobbs, M. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS for Def Durham School Services | Processed | 10/05/2026 | Cobbs, M. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS for Def Monroe School Transportation | Processed | 10/05/2026 | Cobbs, M. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS for Def National Express | Processed | 10/05/2026 | Cobbs, M. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS for Summit School Services | Processed | 10/05/2026 | Cobbs, M. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Service by Mail - Durham School Services | Processed | 10/09/2026 | Cobbs, M. |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Service by Mail - Monroe School Transportation | Processed | 10/09/2026 | Cobbs, M. |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Service by Mail - National Express | Processed | 10/09/2026 | Cobbs, M. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Service by Mail - Summit School Services | Processed | 10/09/2026 | Cobbs, M. |

## CERTIFICATION OF SERVICE

I hereby certify that on November 4, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Kristi Winters*_____
Kristi Winters

4930-4051-2734, v. 1