**STATE OF NEW YORK**
**SUPREME COURT: COUNTY OF MONROE**

---

**NIA C. PRICE,**

**Plaintiff,**

**v.**

**SUMMONS**

**Index No.**

**MONROE SCHOOL TRANSPORTATION, INC.,**
**NATIONAL EXPRESS LLC,**
**DURHAM SCHOOL SERVICES DBA**
**MONROE SCHOOL TRANSPORTATION, INC.,**
**SUMMIT SCHOOL SERVICES LLC,**
**JENNIFER TESSIER, individually, and in her official capacity**
**JOHN DOES 1–10, whose true names are presently unknown,**

**Defendants.**

---

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the Complaint in this action, and to serve a copy of your Answer, on the Plaintiff's attorney within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days if this Summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Plaintiff designates Monroe County as the place of trial. The basis of venue is that the unlawful discriminatory acts complained of occurred in Monroe County, New York, Defendants conduct business in Monroe County, and Plaintiff resides in Monroe County. Dated:

Rochester, New York
August 3, 2026

**BROWN HUTCHINSON, LLP**

**By:** ______________________
Michael Cobbs, Esq.

Attorneys for Plaintiff
925 Crossroads Building
Two State Street
Rochester, New York 14614
Telephone: (585) 454-5050
Fax: (585) 454-5066

To:

**MONROE SCHOOL TRANSPORTATION, INC.**
**970 Emerson St.**
**Rochester, NY 14606**

**NATIONAL EXPRESS LLC**
**4300 Weaver Pkwy**
**Warrenville, IL 60555-3919**

**Durham School Services**
**DBA Monroe School Transportation, Inc**
**970 Emerson St**
**Rochester, NY 14606-2708**

**Summit School Services LLC**
**27755 Diehl Road, Suite 100**
**Warrenville, IL 60555**

**JENNIFER TESSIER**
**95 Ledgestone Pass**
**Brockport, NY 14420-9678**

**JOHN DOES 1–10**
**970 Emerson St.**
**Rochester, NY 14606**